UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

2700 WINTER, LLC,

      Plaintiff,

v.                                                       Case No.: 25-cv-837

JAMES W. PAINE,
JASON SERCK, and
CITY OF SUPERIOR,

      Defendants.

---

### NOTICE OF REMOVAL OF ACTION

---

      Defendants, James W. Paine, Jason Serck, and City of Superior, by their attorneys, Stadler Sacks LLC, respectfully submit this Notice of Removal of Action (the "Notice") to the United States District Court for the Western District of Wisconsin pursuant to 28 U.S.C. §§ 1441 and 1446. In support of this Notice, Defendants state as follows:

      1.      On September 2, 2025, Plaintiff initiated this civil action by filing a Complaint in the Circuit Court of Douglas County, State of Wisconsin (the "State Court Action").

      2.      Pursuant to 28 U.S.C § 1446, complete copies of the pleadings and other papers in the State Court Action are attached hereto as Exhibit A.

      3.      Defendant, James W. Paine, was served with a copy of the Summons and Complaint on September 12, 2025.

      4.      No further proceedings other than those described above have taken place in the State Court Action as of the date of the filing of the Notice.

      5.      Pursuant to 28 U.S.C. § 1446(b), this Notice is timely filed as Defendants have filed within 30 days of the receipt of the Complaint.

6. The State Court Action centers around Plaintiff's application for a zoning change with the City of Superior.

7. The State Court Action alleges causes of action under the Federal laws and Constitution of the United States. Specifically, it alleges claims under the Fourteenth Amendment to the United States Constitution and 42 U.S.C. § 1983. The State Court Action also raises claims under Wisconsin State common law.

8. This action may be removed to this Court pursuant to 28 U.S.C. § 1441 because the State Court Action alleges claims arising under the Federal laws of the United States and the Court may take supplemental jurisdiction of the state law claims. 28 U.S.C. § 1331.

9. Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, removal of the State Court Action to this Court is appropriate.

10. Venue in the Western District of Wisconsin is proper under 28 U.S.C. § 1446(a) because the State Court Action is pending in the Circuit Court of Douglas County, Wisconsin. This Court is the district embracing the place where the State Court Action is pending. 28 U.S.C. § 1446(a).

11. Pursuant to 28 U.S.C. § 1446(d), a copy of the Notice is being served on Plaintiff via the Wisconsin Circuit Court eFiling system.

12. Pursuant to 28 U.S.C. § 1446(d), a copy of the Notice is being promptly filed in the State Court Action. Such notice is being filed via the Wisconsin Circuit Court eFiling system.

13. Defendants reserve the right to amend or supplement the Notice.

WHEREFORE, Defendants give notice that the State Court Action is hereby removed from the Circuit Court of Douglas County to this Court.

Dated this 9th Day of October 2025

STADLER SACKS LLC
Attorneys for Defendants

By: /s/ *Ronald S. Stadler*
    Ronald S. Stadler
    State Bar No. 1017450
    Jonathan E. Sacks
    State Bar No. 1103204

303 - B North Main Street
West Bend, WI 53095
telephone: 262-304-0610
e-mail: jes@stadlersacks.com
       rss@stadlersacks.com