FILED
09-02-2025
Clerk of Court
Douglas County, WI
2025CV000262

| STATE OF WISCONSIN | CIRCUIT COURT | DOUGLAS |
|---|---|---|
| 2700 Winter, LLC vs. James W. Paine et al | **Electronic Filing Notice** | |

Case No. 2025CV000262
Class Code: Intentional Tort

JAMES W. PAINE
1008 N 17TH ST
SUPERIOR WI 54880

# EXHIBIT A

Case number 2025CV000262 was electronically filed with/converted by the Douglas County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 0abe9a**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 715-395-1203.

Douglas County Circuit Court
Date: September 3, 2025

GF-180(CCAP), 11/2020 Electronic Filing Notice §801.18(5)(d), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.

| | | | |
|---|---|---|---|
| STATE OF WISCONSIN | CIRCUIT COURT | DOUGLAS | FILED<br>09-02-2025<br>Clerk of Court<br>Douglas County, WI<br>2025CV000262 |
| 2700 Winter, LLC vs. James W. Paine et al | | Electronic Filing<br>Notice | |

Case No. 2025CV000262
Class Code: Intentional Tort

CITY OF SUPERIOR
1316 N 14TH ST
SUPERIOR WI 54880

Case number 2025CV000262 was electronically filed with/converted by the Douglas County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 0abe9a**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 715-395-1203.

Douglas County Circuit Court
Date: September 3, 2025

GF-180(CCAP), 11/2020 Electronic Filing Notice §801.18(5)(d), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.

Case 2025CV000262      Document 4      Filed 09-02-2025      Page 1 of 6
Case: 3:25-cv-00837-amb   Document #: 1-2   Filed: 10/09/25   Page 3 of 14
FILED
09-02-2025
Clerk of Court
Douglas County, WI
2025CV000262

STATE OF WISCONSIN         CIRCUIT COURT         DOUGLAS COUNTY

2700 WINTER, LLC
5392 E. Valley Brook Road
Superior, WI 54880,

                              Plaintiff,               Case No. 25-CV-

                                                        Case Code No. 30106; 30303

JAMES W. PAINE
1008 N. 17th Street
Superior, WI 54880,

JASON SERCK
3728 Kansy Road
Superior, WI 54880,

                              and

CITY OF SUPERIOR
1316 N. 14th Street,
Superior, WI 54880

                              Defendant.

## SUMMONS

THE STATE OF WISCONSIN

To each person named above as a defendant:

     You are hereby notified that the plaintiff named above has filed a lawsuit or other legal action against you. The complaint, which is attached, states the nature and basis of the legal action.

     Within 20 days of receiving this Summons (60 days if you are the United States, 45 days if you are the State of Wisconsin or an insurance company or if this is an action in tort), you must respond with a written answer, as that term is used in Chapter 802 of the Wisconsin Statutes, to the Complaint. The court may reject or disregard an answer that does not follow the requirements of the statutes. The answer must be sent or delivered to the court, whose address is as follows:

                        Douglas County Clerk of Courts
                        1313 Belknap St, 3rd Floor
                        Superior, WI 54880

and to plaintiff's attorney, whose address is as follows:

> Stephen J. Olson
> Ledin, Olson & Cockerham, S.C.
> 1109 Tower Avenue
> Superior, WI 54880

You may have an attorney help or represent you. If you do not provide a proper answer within 20 days of receiving this Summons (60 days if you are the United States, 45 days if you are the State of Wisconsin or an insurance company), the Court may grant judgment against you for the award of money or other legal action requested in the Complaint, and you may lose your right to object to anything that is or may be incorrect in the Complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future and also may be enforced by garnishment or seizure of property.

Dated this 27th day of August, 2025.

LEDIN, OLSON & COCKERHAM, S.C.
Attorneys for the Plaintiff

STEPHEN J. OLSON, #104771
1109 Tower Avenue
Superior, WI 54880
(715) 394-4471
solson@loclaw.net

FILED
09-02-2025
Clerk of Court
Douglas County, WI
2025CV000262

| STATE OF WISCONSIN | CIRCUIT COURT | DOUGLAS COUNTY |
|---|---|---|

2700 WINTER, LLC
5392 E. Valley Brook Road
Superior, WI 54880,

                                      Plaintiff,                  Case No. 25-CV-

                                                                      Case Code No. 30106; 30303

JAMES W. PAINE
1008 N. 17th Street
Superior, WI 54880,

JASON SERCK
3728 Kansy Road
Superior, WI 54880,

                                      and

CITY OF SUPERIOR
1316 N. 14th Street,
Superior, WI 54880

                                      Defendant.

## COMPLAINT

       COMES NOW, Plaintiff, 2700 Winter, LLC, by their attorneys, Ledin, Olson & Cockerham, S.C., by Stephen J. Olson, and do hereby allege as follows for its Complaint:

### PARTIES

       1.      Plaintiff 2700 Winter, LLC, is a Wisconsin domestic limited liability company with a principal place of business of 5392 E. Valley Brook Road, Superior, WI 54880, and is not a member of the United States Armed Forces or any of its allies.

       2.      James W. Paine is an adult resident of the State of Wisconsin with an address of 1008 N. 17th Street, Superior, WI 54880, who was at all times pertinent, the Mayor of Superior, and is not a member of the United States Armed Forces or any of its allies.

       3.      Jason Serck is an adult resident of the State of Wisconsin with an address of, 3728 E. Kansy Road, Superior, WI 54880, who at all times pertinent was the Planning, Economic Development & Port Director for the City of Superior, and is not a member of the United States Armed Forces or any of its allies.

4. City of Superior is an incorporated municipality located in the State of Wisconsin with a principal place of business of 1316 N. 14th Street, Superior, WI 54880, and is not a member of the United States Armed Forces or any of its allies.

## FACTUAL BACKGROUND

5. In 2024, 2700 Winter LLC requested a zoning change for their property located at 2700 Winter Street, Superior, Wisconsin 54880.

6. 2700 Winter, LLC purchased that property for use as a concrete plant and automated truck wash to be used in conjunction with the concrete plant.

7. This property was then, and is still, zoned as Waterfront which prohibits the use of the property as a concrete plant or an automated truck wash to wash cement trucks.

8. The area surrounding 2700 Winter Street, Superior, Wisconsin 54880 is industrial, and the property at 2700 Winter Street does not have any actual waterfront.

9. In June of 2024, 2700 Winter, LLC submitted an application for a zoning change with the City of Superior Planning Commission.

10. The application was to change the Waterfront zoning to M2 which would allow the construction and operation of a concrete plant and automated truck wash to be used in conjunction with the concrete plant.

11. However, since submission of that application, the City of Superior Planning and Zoning Commission has refused to place this application on the agenda or provide 2700 Winter LLC an opportunity to be heard on the application.

12. 2700 Winter LLC has reached out to city officials, including specifically, defendants Serck and Paine, on numerous occasions but has never received a response.

13. As 2700 Winter LLC was being denied the ability to have its request for a zoning change heard, 2700 Winter LLC approached the owner of the property located at 3301 Belknap Street to begin negotiations on a purchase of that real estate.

14. 3301 Belknap Street is zoned M2 which would allow the construction and operation of a concrete plant and automated truck wash to be used in conjunction with the concrete plant.

15. Upon reaching an agreement to purchase 3301 Belknap Street, 2700 Winter LLC contacted City of Superior officials to inform them of the pending purchase.

16. No one from the City of Superior responded to 2700 Winter LLC; however, City officials, including defendants Serck and Paine reached out to the owner of 3301 Belknap Street.

17. On multiple occasions, defendants Paine and Serck, in their capacity as City of Superior officials, persuaded the owner of 3301 Belknap Street not to sell the property to 2700 Winter LLC.

18. These meetings included meetings within the City of Superior offices with the owner of 3301 Belknap Street.

19. On at least one occasion, defendants Serck and/or Paine met over lunch with the owner of 3301 Belknap Street out to lunch to persuade him not to sell that property to 2700 Winter LLC.

## FIRST CAUSE OF ACTION - Violation of 42 U.S.C. §1983

20. 2700 Winter LLC applied for a zoning change but has been refused a hearing on the same which is a violation of the procedural due process rights.

21. Defendants Serck and Paine directed the City of Superior Planning and Zoning Commission to intentionally not place 2700 Winter, LLC's application for zoning change on the Commission's agenda.

22. By refusing to act on the application for zoning change at 2700 Winter Street, the City of Superior and defendants Serck and Paine, have deprived 2700 Winter LLC of their property without due process of law in violation of the 14th Amendment to the United States Constitution.

23. Procedural due process requires notice and an opportunity to be heard. See *Black Earth Meat Market v. Village of Black Earth*, 834 F. 3D. 841, 850 (7th Circuit, 2016).

24. Plaintiff has been damaged by the violation of their due process rights.

## SECOND CAUSE OF ACTION - Violation of 42 U.S.C. §1983 – Intentional Interference of Contract.

25. In the City of Superior through defendants Serck and Paine, as well as defendants Serck and Paine, individually, interfered with 2700 Winter LLC's ability to enter into a real estate purchase agreement with a thirty party.

26. Neither the City of Superior, nor defendants Serck and Paine had any clear purpose for this interference, and each defendant was aware that this interference with 2700 Winter LLC's agreement to purchase 3301 Belknap Street would cause the sale to be disrupted.

27. Plaintiffs have been damaged by the defendants' intentional interference with the their contract to purchase 3301 Belknap Street.

WHEREFORE, plaintiffs demand judgment against defendants jointly and severally for:

A. Damages to be determined by a jury of 12
B. Injunctive relief against defendants

C. Punitive damages

D. Any other relief deemed just and equitable

JURY DEMAND

Plaintiffs demand a trial by a jury of twelve

Dated this ____ day of August, 2025.

LEDIN, OLSON & COCKERHAM, S.C.
Attorneys for the Plaintiff

STEPHEN J. OLSON, #104771
1109 Tower Avenue
Superior, WI 54880
(715) 394-4471
solson@loclaw.net

Case 2025CV000262 Document 4 Filed 09-02-2025 Page 1 of 6

FILED
09-02-2025
Clerk of Court
Douglas County, WI
2025CV000262

STATE OF WISCONSIN          CIRCUIT COURT          DOUGLAS COUNTY

---

2700 WINTER, LLC
5392 E. Valley Brook Road
Superior, WI 54880,

                       Plaintiff,          Case No. 25-CV-

                                                            Case Code No. 30106; 30303

JAMES W. PAINE
1008 N. 17th Street
Superior, WI 54880,

JASON SERCK
3728 Kansy Road
Superior, WI 54880,

                       and

CITY OF SUPERIOR
1316 N. 14th Street,
Superior, WI 54880

                       Defendant.

---

## SUMMONS

---

THE STATE OF WISCONSIN

To each person named above as a defendant:

     You are hereby notified that the plaintiff named above has filed a lawsuit or other legal action against you. The complaint, which is attached, states the nature and basis of the legal action.

     Within 20 days of receiving this Summons (60 days if you are the United States, 45 days if you are the State of Wisconsin or an insurance company or if this is an action in tort), you must respond with a written answer, as that term is used in Chapter 802 of the Wisconsin Statutes, to the Complaint. The court may reject or disregard an answer that does not follow the requirements of the statutes. The answer must be sent or delivered to the court, whose address is as follows:

                       Douglas County Clerk of Courts
                       1313 Belknap St, 3rd Floor
                       Superior, WI 54880

and to plaintiff's attorney, whose address is as follows:

> Stephen J. Olson
> Ledin, Olson & Cockerham, S.C.
> 1109 Tower Avenue
> Superior, WI 54880

You may have an attorney help or represent you. If you do not provide a proper answer within 20 days of receiving this Summons (60 days if you are the United States, 45 days if you are the State of Wisconsin or an insurance company), the Court may grant judgment against you for the award of money or other legal action requested in the Complaint, and you may lose your right to object to anything that is or may be incorrect in the Complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future and also may be enforced by garnishment or seizure of property.

Dated this ____ day of August, 2025.

> LEDIN, OLSON & COCKERHAM, S.C.
> Attorneys for the Plaintiff
>
> STEPHEN J. OLSON, #104771
> 1109 Tower Avenue
> Superior, WI 54880
> (715) 394-4471
> solson@loclaw.net

Case: 3:25-cv-00837-amb Document #: 1-2 Filed: 10/09/25 Page 11 of 14

Case 2025CV000262　　Document 4　　Filed 09-02-2025　　Page 3 of 6

FILED
09-02-2025
Clerk of Court
Douglas County, WI
2025CV000262

STATE OF WISCONSIN　　　　CIRCUIT COURT　　　　DOUGLAS COUNTY

2700 WINTER, LLC
5392 E. Valley Brook Road
Superior, WI 54880,

         Plaintiff,    Case No. 25-CV-

                Case Code No. 30106; 30303

JAMES W. PAINE
1008 N. 17th Street
Superior, WI 54880,

JASON SERCK
3728 Kansy Road
Superior, WI 54880,

         and

CITY OF SUPERIOR
1316 N. 14th Street,
Superior, WI 54880

         Defendant.

## COMPLAINT

  COMES NOW, Plaintiff, 2700 Winter, LLC, by their attorneys, Ledin, Olson & Cockerham, S.C., by Stephen J. Olson, and do hereby allege as follows for its Complaint:

### PARTIES

  1. Plaintiff 2700 Winter, LLC, is a Wisconsin domestic limited liability company with a principal place of business of 5392 E. Valley Brook Road, Superior, WI 54880, and is not a member of the United States Armed Forces or any of its allies.

  2. James W. Paine is an adult resident of the State of Wisconsin with an address of 1008 N. 17th Street, Superior, WI 54880, who was at all times pertinent, the Mayor of Superior, and is not a member of the United States Armed Forces or any of its allies.

  3. Jason Serck is an adult resident of the State of Wisconsin with an address of, 3728 E. Kansy Road, Superior, WI 54880, who at all times pertinent was the Planning, Economic Development & Port Director for the City of Superior, and is not a member of the United States Armed Forces or any of its allies.

4. City of Superior is an incorporated municipality located in the State of Wisconsin with a principal place of business of 1316 N. 14th Street, Superior, WI 54880, and is not a member of the United States Armed Forces or any of its allies.

## FACTUAL BACKGROUND

5. In 2024, 2700 Winter LLC requested a zoning change for their property located at 2700 Winter Street, Superior, Wisconsin 54880.

6. 2700 Winter, LLC purchased that property for use as a concrete plant and automated truck wash to be used in conjunction with the concrete plant.

7. This property was then, and is still, zoned as Waterfront which prohibits the use of the property as a concrete plant or an automated truck wash to wash cement trucks.

8. The area surrounding 2700 Winter Street, Superior, Wisconsin 54880 is industrial, and the property at 2700 Winter Street does not have any actual waterfront.

9. In June of 2024, 2700 Winter, LLC submitted an application for a zoning change with the City of Superior Planning Commission.

10. The application was to change the Waterfront zoning to M2 which would allow the construction and operation of a concrete plant and automated truck wash to be used in conjunction with the concrete plant.

11. However, since submission of that application, the City of Superior Planning and Zoning Commission has refused to place this application on the agenda or provide 2700 Winter LLC an opportunity to be heard on the application.

12. 2700 Winter LLC has reached out to city officials, including specifically, defendants Serck and Paine, on numerous occasions but has never received a response.

13. As 2700 Winter LLC was being denied the ability to have its request for a zoning change heard, 2700 Winter LLC approached the owner of the property located at 3301 Belknap Street to begin negotiations on a purchase of that real estate.

14. 3301 Belknap Street is zoned M2 which would allow the construction and operation of a concrete plant and automated truck wash to be used in conjunction with the concrete plant.

15. Upon reaching an agreement to purchase 3301 Belknap Street, 2700 Winter LLC contacted City of Superior officials to inform them of the pending purchase.

16. No one from the City of Superior responded to 2700 Winter LLC; however, City officials, including defendants Serck and Paine reached out to the owner of 3301 Belknap Street.

17. On multiple occasions, defendants Paine and Serck, in their capacity as City of Superior officials, persuaded the owner of 3301 Belknap Street not to sell the property to 2700 Winter LLC.

18. These meetings included meetings within the City of Superior offices with the owner of 3301 Belknap Street.

19. On at least one occasion, defendants Serck and/or Paine met over lunch with the owner of 3301 Belknap Street out to lunch to persuade him not to sell that property to 2700 Winter LLC.

### FIRST CAUSE OF ACTION - Violation of 42 U.S.C. §1983

20. 2700 Winter LLC applied for a zoning change but has been refused a hearing on the same which is a violation of the procedural due process rights.

21. Defendants Serck and Paine directed the City of Superior Planning and Zoning Commission to intentionally not place 2700 Winter, LLC's application for zoning change on the Commission's agenda.

22. By refusing to act on the application for zoning change at 2700 Winter Street, the City of Superior and defendants Serck and Paine, have deprived 2700 Winter LLC of their property without due process of law in violation of the 14th Amendment to the United States Constitution.

23. Procedural due process requires notice and an opportunity to be heard. See *Black Earth Meat Market v. Village of Black Earth*, 834 F. 3D. 841, 850 (7th Circuit, 2016).

24. Plaintiff has been damaged by the violation of their due process rights.

### SECOND CAUSE OF ACTION - Violation of 42 U.S.C. §1983 – Intentional Interference of Contract.

25. In the City of Superior through defendants Serck and Paine, as well as defendants Serck and Paine, individually, interfered with 2700 Winter LLC's ability to enter into a real estate purchase agreement with a thirty party.

26. Neither the City of Superior, nor defendants Serck and Paine had any clear purpose for this interference, and each defendant was aware that this interference with 2700 Winter LLC's agreement to purchase 3301 Belknap Street would cause the sale to be disrupted.

27. Plaintiffs have been damaged by the defendants' intentional interference with the their contract to purchase 3301 Belknap Street.

WHEREFORE, plaintiffs demand judgment against defendants jointly and severally for:

A.  Damages to be determined by a jury of 12
B.  Injunctive relief against defendants

C.  Punitive damages

D.  Any other relief deemed just and equitable

## JURY DEMAND

Plaintiffs demand a trial by a jury of twelve

Dated this _____ day of August, 2025.

LEDIN, OLSON & COCKERHAM, S.C.
Attorneys for the Plaintiff

STEPHEN J. OLSON, #104771
1109 Tower Avenue
Superior, WI 54880
(715) 394-4471
solson@loclaw.net